IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KYLE LEE OWENS,<br>    Plaintiff,<br><br>v.<br><br>JOHN KURTZ, SPOON RIVER COLLEGE, and NATIONAL JUNIOR COLLEGE ATHLETIC ASSOCIATION,<br>    Defendants. | Case No. 1:25-cv-01482-JEH-RLH |

### Order

Plaintiff Kyle Lee Owens has filed a Complaint (D. 1) against Defendants John Kurtz, Spoon River College, and National Junior College Athletic Association alleging a violation of the Age Discrimination Act of 1975, 42 U.S.C. § 6101 *et seq.*, among other things.[1] Now before the Court is the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (D. 2).

The Plaintiff moves to proceed IFP pursuant to 28 U.S.C. § 1915(a)(1). He submitted an affidavit signed under penalty of perjury which sufficiently demonstrates that he is unable to pay the costs of the proceeding. His Motion to Proceed IFP (D. 2) is therefore GRANTED.

IT IS ORDERED:

1) The Clerk of the Court shall prepare for <u>each</u> Defendant: a notice of lawsuit and request to waive service of a summons; two copies of the waiver of the service of summons, one of which is to be signed by the

---

[1] Citations to the electronic docket are abbreviated as "D. ___ at ECF p. ___."

Defendant or its counsel and returned to the Court within sixty days; and a copy of the Complaint and a copy of this Order. These items shall be mailed to each Defendant at the addresses shown on the Complaint.

2) This case is now in the process of service. The Plaintiff is advised to wait until counsel has appeared for the Defendants before filing any motions so that the Defendants have notice and an opportunity to respond to those motions. Motions filed before defense counsel has filed an appearance will generally be denied as prematurely filed.

3) The Plaintiff shall immediately notify the Court of any change in his mailing address or telephone number. The Plaintiff's failure to notify the Court of any change in mailing address or telephone number will result in dismissal of this lawsuit with prejudice.

*It is so ordered.*

Entered on January 5, 2026

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE